UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD REACH, ) <br> ) <br>            Petitioner, ) <br> ) <br>     v. ) <br> ) <br> RANDY GROUNDS, ) <br> ) <br>            Respondent. ) <br> _____ ) | CASE NO. CV 11-9977-DDP (PJW) <br><br> J U D G M E N T |

    Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

    DATED:   February 2, 2012 .

                                              _____
                                              DEAN D. PREGERSON
                                              UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\Reach v Grounds CV 11-9977 Judgment.wpd